Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 18-14360

**Caption:**

National Labor Relations Board,
Petitioner,

v.

Hyundai Motor Manufacturing Alabama, LLC,
Respondent.

District and Division: National Labor Relations Board
Name of Judge: ALJ: Amchan; NLRB panel: Pearce, McFerran, Emanuel
Nature of Suit: Violation of the National Labor Relations Act
Date Complaint Filed: July 29, 2016
District Court Docket Number: NLRB Agency Case No. 15-CA-173419
Date Notice of Appeal Filed: Cross-application for enforcement filed 10/17/2018
[✓] Cross Appeal   [ ] Class Action

Has this matter previously been before this court?
[ ] Yes  [✓] No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:**<br>[ ] Plaintiff<br>[ ] Defendant<br>[✓] Other (Specify) | Linda Dreeben<br>Usha Dheenan<br>Rebecca J. Johnston | 1015 Half Street SE<br>Washington, DC 20570 | T: 202-273-2960<br>F: 202-273-0191<br>appellatecourt@nlrb.gov |
| **For Appellee:**<br>[ ] Plaintiff<br>[ ] Defendant<br>[✓] Other (Specify) | Marcel L. Debruge<br>Michael L. Lucas<br>E. Travis Ramey<br>Meryl Cowan | Burr & Forman, LLP<br>420 20th St. N<br>Suite 3400<br>Birmingham, AL 35203 | T: (205) 251-3000<br>F: (205) 458-5100<br>mdebruge@burr.com<br>mlucas@burr.com<br>tramey@burr.com<br>mcowan@burr.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| [✓] Federal Question<br>[ ] Diversity<br>[ ] US Plaintiff<br>[ ] US Defendant | [ ] Final Judgment, 28 USC 1291<br>[ ] Interlocutory Order, 28 USC 1292(a)(1)<br>[ ] Interlocutory Order Certified, 28 USC 1292(b)<br>[ ] Interlocutory Order, Qualified Immunity<br>[✓] Final Agency Action (Review)<br>[ ] 54(b) | [ ] Dismissal/Jurisdiction<br>[ ] Default Judgment<br>[ ] Summary Judgment<br>[ ] Judgment/Bench Trial<br>[ ] Judgment/Jury Verdict<br>[ ] Judgment/Directed Verdict/NOV<br>[ ] Injunction<br>[✓] Other NLRB order | Amount Sought by Plaintiff:<br>$_____<br>Amount Sought by Defendant:<br>$_____<br>Awarded:<br>$_____<br>to _____<br>Injunctions:<br>[ ] TRO<br>[ ] Preliminary  [ ] Granted<br>[ ] Permanent    [ ] Denied |

Page 2                                                                    11th Circuit Docket Number: 18-13845-F

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
    What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

    If Yes, provide
    (a) Case Name/Statute  National Labor Relations Act
    (b) Citation  29 U.S.C. 151, et seq.
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?  ☐ Yes ☑ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☐ Yes ☑ No

    If Yes, provide
    (a) Case Name _____
    (b) Citation _____
    (c) Docket Number if unreported _____
    (d) Court or Agency _____

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?  ☐ Yes ☑ No
    (b) Among circuits?  ☐ Yes ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    Whether substantial evidence supports the National Labor Relations Board's finding that Hyundai Motor Manufacturing Alabama, LLC violated Section 8(a)(1) of the National Labor Relations Act by discharging three employees and coercively interrogating them.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  31  DAY OF  October , 2018 .

Rebecca J. Johnston                                    /s/ Rebecca J. Johnston
NAME OF COUNSEL (Print)                                SIGNATURE OF COUNSEL