UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| HYUNDAI MOTOR MANUFACTURING, | )<br>)<br>) |
| Petitioner, | )<br>) |
| v. | )    Case No.: 18-13845<br>) |
| NATIONAL LABOR RELATIONS BOARD, | )<br>)<br>)<br>) |
| Respondent. | ) |

## UNOPPOSED MOTION FOR LEAVE TO INTERVENE OF CHARGING PARTY

The Charging Party moves to intervene in this matter in support of Respondent NLRB. Richard Rouco initiated the Charge on behalf of Nathan Howard, Justin Clecker, and Nathan Yarbrough, which is the subject of this Petition for Review. Richard Rouco is the Charging Party before the National Labor Relations Board ("Board") in the decision and order of the NLRB styled Murphy Oil USA, Inc., and Sheila Hobson, NLRB Case No. 10-CA-038804, reported at 361 NLRB NO. 72 and dated October 28, 2014. The Charging Party hereby moves this Court for an Order allowing him to intervene in accordance with Federal Rule of Appellate Procedure 15(d). In support of this Motion, he shows the following:

1. Richard Rouco, on behalf of Nathan Howard, Justin Clecker, and Nathan Yarbrough, filed the unfair labor practice charge which culminated in the NLRB decision and order at issue in this case. He thus has a compelling interest in the outcome of the case. *See* International Union, UAW v. Scofield, 382 U.S. 205, 208 (1965).

2. This Motion for Intervention is timely filed under Federal Rule of Appellate Procedure 15(d).

3. The Supreme Court has held that a Charging Party is permitted to intervene in these proceedings as of right. International Union, UAW v. Scofield, 382 U.S. 205, 208 (1965).

Based on the foregoing, Richard Rouco, on behalf of Nathan Howard, Justin Clecker, and Nathan Yarbrough, respectfully requests this Court for an Order granting him the right to intervene in this proceeding.

Date: October 31, 2018              /s/ Richard P. Rouco
                                    Richard P. Rouco

QUINN, CONNOR, WEAVER
 DAVIES & ROUCO, LLP
2700 Highway 280, Suite 380E
Birmingham, Alabama  35223
gconnor@qcwdr.com
rrouco@qcwdr.com
Telephone:  (205) 870-9989
Facsimile:   (205) 803-4143

*Attorneys for Charging Parties*

# CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Charging Party Richard Rouco, and pursuant to Rule 26.1, Fed.R.App.P, and Fifth Circuit Rules 27.4 and 28.2.1, submits its Certificate of Interested Parties and Corporate Disclosure Statement.  Charging Party Richard Rouco, on behalf of Nathan Howard, Justin Clecker, and Nathan Yarbrough , are individuals and have no corporate affiliates or subsidiaries.

The following is a complete list of all persons and entities known to have an interest in the outcome of the appeal:

1. Amchan, Arthur J., Administrative Law Judge

2. Burr& Forman LLP, Counsel for Petitioner

3. Cleckler, Justin, Former Employee of Petitioner (named in Charge)

4. Cowan, Meryl, Counsel for Petitioner

5. Debruge, Marcel L., Counsel for Petitioner

6. Howard, Nathan, Former Employee of Petitioner (named in Charge)

7. Hyundai Motor America

8. Hyundai Motor Company, Ltd.

9. Hyundai Motor Manufacturing Alabama, LLC, Petitioner

10.  Lucas, Michael L., Counsel for Petitioner

11.  National Labor Relations Board

12.  McKinney, M. Kathleen, Regional Director Region 15

13.  Miragliotta, Andrew T., Counsel for General Counsel

14.  Quinn, Connor, Weaver, Davies & Rouco LLP

15.  Rob, Peter, General Counsel for the National Labor Relations Board

16.  Rouco, Richard, Charging Party

17.  Yarbrough, Nathan, Former Employee of Petitioner (named in Charge)

Date: October 31, 2018            Respectfully Submitted,

                                             /s/ Richard P. Rouco
                                             Richard P. Rouco
                                             Charging Party on behalf of Nathan Howard, Justin Cleckler and Nathan Yarbrough

OF COUNSEL:
QUINN, CONNOR, WEAVER,
 DAVIES & ROUCO LLP
2 – 20th Street North, Suite 930
Birmingham, AL  35203
(205) 870-9989
rrouco@qcwdr.com

## **CERTIFICATE OF CONFERENCE**

  I hereby certify that I conferred with all counsel of record and the foregoing motion is not opposed by any party.

            /s/ Richard P. Rouco
            Richard P. Rouco

# CERTIFICATE OF SERVICE

      I hereby certify that on October 31, 2018, I filed Charging Party's **Unopposed Motion For Leave To Intervene** via the Court's CM/ECF system which will notice and serve the following counsel:

Marcel L. Debruge
Michael L. Lucas
Meryl L. Cowan
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL  35203
mdebruge@burr.com
mlucas@burr.com
mcowan@burr.com

Andrew T. Miragliotta
Counsel for General Counsel
National Labor Relations Board, Region 10
233 Peachtree Street, N.E., Suite 1000
Atlanta, GA  30303
Andrew.Miragliotta@nlrb.gov

M. Kathleen McKinney
Regional Director
National Labor Relations Board, Region 15
F. Edward Hebert Federal Building
600 South Maestri Place, 7th Floor
New Orleans, LA  70130-3413
m.kathleen.mckinney@nlrb.gov

Peter Robb
General Counsel
National Labor Relations Board
Office of the General Counsel
1099 14th Street, N.W.
Washington, D.C.  20570-0001

Linda Dreeben
National Labor Relations Board
1015 Half Street, SE
Washington, D.C.  20570
appellatecourt@nlrb.gov

                                                                                 /s/ Richard P. Rouco
                                                                                  Richard P. Rouco